UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO.: 05 10365 JLT

2005 MAR 10  P 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RI, INC. d/b/a SEATING SOLUTIONS,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| GELLER SPORT, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

　　Please enter the appearance of David J. Hatem, Esq., PC and Warren D. Hutchison, Esq. as attorneys for the defendant, GELLER SPORT, INC., in connection with the above-entitled action.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　GELLER SPORT, INC.,
　　　　　　　　　　By their attorneys,

　　　　　　　　　　*David J. Hatem, PC*
　　　　　　　　　　David J. Hatem, Esq., PC, BBO #225700
　　　　　　　　　　Warren D. Hutchison, Esq., BBO #246150
　　　　　　　　　　DONOVAN HATEM LLP
　　　　　　　　　　Two Seaport Lane
　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　(617) 406-4500

Date: March 8, 2005

00901720

## CERTIFICATE OF SERVICE

    I, David J. Hatem, Esq., PC hereby certify that on this 8th day of March 2005 I have given notice of the attached Notice of Appearance of the Defendant, GELLER SPORT, INC., by mailing copies thereof, postage prepaid to:

The Law Office of Terry Klein
Terry Klein
1558 Dorchester Avenue
Suite 202
Dorchester, MA 02122

                                      */s/ David J. Hatem, PC*
                                      David J. Hatem, Esq., PC

00901720