# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

FILED
IN CLERKS OFFICE

RI, Inc. d/b/a/ SEATING SOLUTIONS

2005 MAR 21 **SUMMONS IN A CIVIL CASE**

V.

GELLER SPORT, INC., ET AL.

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 05-CV-10365-JLT

# 05-10365 JLT

TO: (Name and address of Defendant)

Geller Devellis, Inc.
77 North Washington St.
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Terry Klein, Esq.
1558 Dorchester Ave. Suite 202
Dorchester, MA 02122

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

3-14-05

CLERK                                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 14, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Dominic Rivers | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): ___Served personally upon John Hubley, who stated that
____he was an authorized and appropriate agent to accept
____service for this defendant, at 77. North Washington St.
____Boston, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 15, 2005___
                     Date

Signature of Server

6 Beacon St. #825    Boston, MA

*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2005 MAR 21 P 2: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

Case No. #05-CV-10365-JLT

---------------------------------- X

RI, Inc. d/b/a SEATING SOLUTIONS

      Plaintiff,


      VS.


GELLER SPORT, INC., et al.

      Defendants,

---------------------------------- X

## AFFIDAVIT OF SERVICE

    I, Dominic H. Rivers being duly sworn, deposes and says that he is over the age of eighteen years, and is not a party to this action.

    That at approximately 3:45pm on the 14th day of March 2005, I served an AMENDED COMPLAINT Upon defendant GELLER SPORT, INC. at by delivering an attested copy in hand to John Hubley, who stated that he was authorized to accept service for defendant.

                                  Dominic H. Rivers