# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

RI, Inc. d/b/a SEATING SOLUTIONS

V.

GELLER SPORT, INC. et. al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-CV-10365-JLT

**05-10365 JLT**

TO: (Name and address of Defendant)

Perfect Game Baseball Clubs, LLC
6 Draper Rd.
Wayland, MA 01778

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Terry Klein, Esq.
1558 Dorchester Ave. Suite 202
Dorchester, MA 02122

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARA ... TON

CLERK

DATE  3/14/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/15/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand upon Philip Rosenfield, SOC Signatory for the defendant Perfect Game Baseball Clubs, LLC at the last and usual place of abode of Mr. Rosenfield located at 6 Draper Road, Wayland, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/05
              Date             Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.