UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   05-CV-10365-JLT<br>)<br>)<br>)<br>)<br>) |

## MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Now come Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC (the "movants") and move this Court to enlarge the time within which they have to respond to plaintiff's Complaint up to and including April 13, 2005. In support of this motion, movants state that no party will be prejudiced by this brief enlargement of time.

WHEREFORE, movants respectfully request that the time within which defendants, Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC, have to respond to plaintiff's Complaint be enlarged up to and including April 13, 2005.

                                                WORCESTER PROFESSIONAL
                                                BASEBALL, LLC AND PERFECT GAME
                                                BASEBALL CLUBS, LLC
                                                By their attorneys,

                                                /s/James P. Hoban
                                                Louis M. Ciavarra (BBO #546481)
                                                James P. Hoban (BBO #633929)
                                                Bowditch & Dewey, LLP
                                                311 Main Street, P.O. Box 15156
                                                Worcester, MA 01615-0156
                                                (508) 791-3511

Date:   April 4, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

     Pursuant to Local Rule 7.1(A)(2), I, James P. Hoban, counsel for defendants, Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC, hereby certify that I telephoned Attorney Terry Klein, counsel for plaintiff RI, Inc., d/b/a Seating Solutions, regarding this issue. He contacted me on Friday, April 1, 2005, by telephone and left a voicemail message indicating that he was amenable to an extension of time. However, I was unable to confirm his assent to this motion prior to the expiration of the time within which a response is required.

                                                      /s/James P. Hoban
                                                      James P. Hoban