UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>                  Plaintiff,<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS, INC., WORCESTER PROFESSIONAL BASEBALL LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

### INITIAL DISCLOSURE STATEMENT OF GELLER SPORT, INC. AND GELLER DEVELLIS, INC. PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendants Geller Sport, Inc. and Geller Devellis, Inc. ("Geller"), make the following initial disclosures to the plaintiff, RI, Inc. d/b/a Seating Solutions, and the defendant Worcester Professional Baseball, LLC, and the defendant Perfect Game Baseball Clubs, LLC.

    A.    **Individuals Likely to Have Discoverable Information**

          1.    Patrick Maguire, President
                 Geller Sport, Inc.
                 77 North Washington Street
                 Boston, MA 02114

                 Regarding meetings and conversations between the parties and actions taken by Geller Sport, Inc.

          2.    Joseph T. Geller
                 Geller DeVellis, Inc.
                 77 North Washington Street
                 Boston, MA 02114

                 Regarding actions taken by Geller Devellis, Inc.

3.     Scott Suprina
   RI, Inc. d/b/a Seating Solutions
   63 Oser Avenue
   Hauppauge, NY 11788

   Regarding activities of the plaintiff

4.     Ross Jacobs
   RI, Inc. d/b/a Seating Solutions
   63 Oser Avenue
   Hauppauge, NY 11788

   Regarding activities of the plaintiff

5.     Scott Ruczaj
   RI, Inc. d/b/a Seating Solutions
   63 Oser Avenue
   Hauppauge, NY 11788

   Regarding activities of the plaintiff

6.     Theodore Tye
   Worcester Professional Baseball, LLC
   6 Draper Road
   Wayland, MA 01778

   Regarding meetings, conversations and actions taken by Worcester Professional Baseball

7.     Alan Stone
   Worcester Professional Baseball, LLC
   6 Draper Road
   Wayland, MA 01778

   Regarding meetings, conversations and actions taken by Worcester Professional Baseball

8.     Bruce Merrick, Owner
   Dant Clayton Corporation
   1500 Bernheim Lane
   Louisville, KY 40210

   Regarding prior involvement with Geller Sport Inc. and the role of Dant Clayton with the project

9. Matt Dougherty, Sales
Dant Clayton Corporation
1500 Bernheim Lane
Louisville, KY 40210

Regarding prior involvement with Geller Sport Inc. and the role of Dant Clayton with the project

10. BJ Nichols, Design Engineer
Dant Clayton Corporation
1500 Bernheim Lane
Louisville, KY 40210

Regarding prior involvement with Geller Sport Inc. and the role of Dant Clayton with the project

**B.   Description by Category and Location of All Documents, Data Compilations, and Tangible Things That are Relevant**

Geller notes that discovery and investigation of this matter is ongoing. Geller will provide documents in its project file. All of the following groups of documents are located at Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210.

1. Correspondence;

2. Drawings; and

3. Contract.

**C.   Computation of Damages**

Geller seeks an award of its attorney's fees, costs, and any such other relief as is just and appropriate as provided by law.

**D.   Existence and Contents of any Insurance Agreements**

Geller maintains a professional liability policy issued by XL Specialty Insurance Company and a copy of the declaration page of said policy is located at Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210.

3

Respectfully submitted,

GELLER SPORT, INC. and GELLER DEVELLIS, INC.
By their attorneys,


/s/ Warren D. Hutchison
David J. Hatem PC, BBO #225700
Warren D. Hutchison, BBO # 246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
(617) 406-4501

Date:  May 24, 2005

## CERTIFICATE OF SERVICE

I, Warren D. Hutchison, certify that on this 24th day of May, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

| | |
|---|---|
| Terry Klein, Esq. | Louis M. Ciavarra, Esq. |
| The Law Office of Terry Klein | Bowditch & Dewey |
| 1558 Dorchester Avenue, Suite 202 | One International Place |
| Dorchester, MA  02122 | Boston, MA  02110 |

/s/ Warren D. Hutchison
Warren D. Hutchison

00917423//24410.88