UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS, INC., WORCESTER PROFESSIONAL BASEBALL LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

### PLAINTIFF'S MOTION FOR AN ATTACHMENT OF WORCESTER BASEBALL'S PERSONAL PROPERTY

RI Inc. d/b/a Seating Solutions ("Seating Solutions") requests an attachment in the amount of $591,414.90 upon the bleachers, seating areas, concession areas, and press box at Fitton Field, the home stadium of the minor league baseball team operated by the defendant, Worcester Professional Baseball LLC ("Worcester Baseball"). Seating Solutions has a reasonable likelihood of prevailing on its breach of contract claim and has suffered hundreds of thousands of dollars in damages. Worcester Baseball has no insurance policy or assets apart from its interest in Fitton Field with which it could pay the damages claimed. As further grounds for this motion, Seating Solutions relies upon its memorandum of law, which is filed herewith.

WHEREFORE, Seating Solutions respectfully requests an attachment in the amount of $591,414.90 upon the bleachers, seating areas, concession areas, and press box at Fitton Field.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | RI, INC. d/b/a SEATING SOLUTIONS |
|  | /s/                              Terry Klein |
|  | THE LAW OFFFICE OF TERRY KLEIN |
|  | Terry Klein, BBO# 652052 |
|  | 1558 Dorchester Avenue, Ste. 202 |
|  | Dorchester, Massachusetts 02122 |
|  | Telephone: (617) 825-8175 |
| Dated: May 25, 2005 | Facsimile: (617) 507-6454 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issues raised by this motion.

/s/           Terry Klein

CERTIFICATE OF SERVICE

I, Terry Klein, hereby certify that on May 25, 2005, a true copy of the above document was served by first class mail upon counsel for each other party.

/s/           Terry Klein