UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS, INC., WORCESTER PROFESSIONAL BASEBALL LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

**AFFIDAVIT OF SCOTT SUPRINA IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ATTACHMENT OF WORCESTER BASEBALL'S PERSONAL PROPERTY**

I, Scott Suprina, do hereby depose and swear as follows:

1.   I am a vice president at Seating Solutions and I have personal knowledge of the facts stated in this affidavit.

2.   Seating Solutions is a leader in the seating system design and construction industry and specializes in the sale, rental, and timely installation of custom-designed spectator seating at athletic and recreational facilities. I personally have been installing stadium seating systems for fifteen years. My supplier is Outdoor Aluminum, Inc. ("Outdoor Aluminum"), based in Alabama.

3.   Worcester Professional Baseball LLC is the owner and operator the Worcester Tornadoes, a professional baseball franchise that will begin playing in Worcester as part of the Canadian American Association of Professional Baseball during the Spring of 2005.

4.   Seating Solutions and Worcester Baseball began discussions regarding the construction of a minor league baseball stadium in October of 2004. In December of 2005, Seating Solutions and Worcester Baseball began discussing the possibility that Seating Solutions

would perform an extensive renovation of Fitton Field, which is located on the campus of the College of the Holy Cross, so that Worcester Baseball could base its team there.

5. Discussions between Seating Solutions and Worcester Baseball accelerated significantly in the beginning of February 2005. I met with Theodore Tye, a representative of Worcester Baseball, in early February, negotiated terms, and shared preliminary drawings and design work. My draftsman, Scott Ruczaj ("Ruczaj"), and I met with Tye and Maguire on or about February 15, 2005 and revised the drawings. Seating Solutions modified its proposal based on the new drawings, and reduced the pricing to $1,519,880.90. On Thursday, February 17, 2005, Worcester Baseball received a revised proposal from Seating Solutions.

6. I advised Tye that I would be in the Boston area on February 18, 2005 and arranged to meet with Tye so that an order could be placed as Tye was leaving town for a vacation. On or about Friday, February 18, 2005 my associate, Ross Jacobs, and I flew to Boston and met with Tye. At this meeting, Tye and I, with Jacobs looking on, walked through each facet of Seating Solutions' February 17 Proposal and made revisions to the Proposal to satisfy certain of Worcester Baseball's concerns.

7. I also shared Seating Solutions' plans for integrating I-Beam and angle frame construction on the project in a manner that would maximize quality while keeping costs lower than if the project had employed only I-Beam construction. After I shared this concept, I stated "Excuse me for being so blunt, but I must start work on Saturday to make your date. Do I have an order?" Tye responded "Yes. You have an order."

8. At the close of this meeting, Tye shook hands with me and confirmed that Worcester Baseball and Seating Solutions had an agreement concerning the renovations of Fitton Field. Tye, with Jacobs and I, then told Worcester Baseball's president and chief executive officer Alan Stone that Worcester Baseball and Seating Solutions had reached an agreement.

9. On the morning of Monday, February 21, 2005, Seating Solutions sent Worcester Baseball a final version of the agreement that had been reached based upon the revisions to which Tye and I had agreed on the previous Friday. On February 22, 2005, Worcester Baseball

terminated its agreement with Seating Solutions.  On February 23, 2005, I learned that Worcester Baseball had entered into a separate agreement with Dant Clayton, a seating systems company based in Louisville, Kentucky.

10.     It is likely that Dant Clayton will complete the Fitton Field Project in early June of 2005.  At that point, it is my understanding that Dant Clayton will transfer ownership of the materials that make up the seating areas at Fitton Field, and the press box and concession areas to Worcester Baseball.  Based upon the arrangement that Tye described to me during our negotiations, Worcester Baseball will then transfer ownership of these materials to Holy Cross, which will lease the stadium back to Worcester Baseball for the Tornadoes' use.

11.     I am personally unaware of any assets other than the stadium that Worcester Baseball could use to satisfy any judgment obtained by Seating Solutions in this matter.  I am also unaware of any liability insurance policy held by Worcester Baseball that would cover Seating Solutions' claim in this case.

12.     My extensive experience in the industry and internal analyses of the Fitton Field Project by Seating Solutions personnel led me to anticipate that Seating Solutions' profit on this job would be at least $591,414.90.  The price that Worcester Baseball agreed to pay was $1,519,880.90.  Seating Solutions' cost of $928,466.00 breaks down as follows:

| Item | Cost |
|---|---|
| Seating materials (including bleacher and VIP flip-up chairs) from Outdoor Aluminum, our regular supplier. | $673,636.00 |
| Press Box | $59,230.00 |
| 2 dugouts (with cost of interior benches included) | $40,000.00 |
| Plastic lumber – includes a 3-4' high field wall and earth containment barrier at front of stand between dugouts | $20,000.00 |
| Installation budget -- $25.00 per seat | $95,600.00 |
| Dress up railing at back of crosswalk and stand sides, chain link rail on stairs. | $40,000.00 |
| **Total costs** | **$928,466.00** |

13. This cost figure is conservative. I previously obtained custom dugouts for a stadium in Lynn, Massachusetts for $26,184.00 and shipping costs of $1,380.00. The installation costs would also most likely be less than $25.00 per seat. On three recent jobs, Seating Solutions' per-seat installation cost was $17.34, $18.30, and $22.96. In my experience, furthermore, it is rare to have unanticipated material costs. It is unlikely that Seating Solutions and Outdoor Aluminum would experience a higher material cost than $673,636.00. My experience with Outdoor Aluminum leads me to believe that the material cost would actually be less than $673,636.00.

14. A profit of $591,414.90 on this job is reasonable. This is a challenging job. My understanding is that the Tornadoes have to start their home season at least two weeks late because the stadium has not been completed by the company that Worcester Baseball decided to use after it broke its agreement with Seating Solutions. I guaranteed Worcester Baseball that Seating Solutions and Outdoor Aluminum would be able to get this job done on time. I promised Worcester Baseball that I would pay $50,000.00 per week for each week after May 15, 2005 that the stadium was not completed. Seating Solutions therefore faced a huge downside if we could not complete the job on time. To offset this potential downside, and to account for the challenge of turning the job around so quickly, Seating Solutions and Worcester Baseball agreed upon a higher price than you would see on a job similar to this one with less of a time crunch.

Duly sworn under the pains and penalties of perjury:

                                                /s/     Scott Suprina
                                                Scott Suprina
                                                Dated May 20, 2005

CERTIFICATE OF SERVICE

I, Terry Klein, hereby certify that on May 25, 2005, a true copy of the above document was served by first class mail upon counsel for each other party.

                                                /s/     Terry Klein