UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS, )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br>GELLER SPORT, INC., GELLER DEVELLIS, )<br>INC., WORCESTER PROFESSIONAL BASEBALL )<br>LLC, and PERFECT GAME BASEBALL CLUBS, )<br>LLC, )<br>Defendants ) | CIVIL ACTION NO.<br>05-CV-10365-JLT |

**AMENDED INITIAL DISCLOSURE STATEMENT
OF WORCESTER PROFESSIONAL BASEBALL, LLC
AND PERFECT GAME BASEBALL CLUBS, LLC
<u>PURSUANT TO FED. R. CIV. P. 26(a)(1)</u>**

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendants Worcester Professional Baseball, LLC ("Worcester Baseball") and Perfect Game Baseball Clubs, LLC ("Perfect Game"), make the following initial disclosures to the plaintiff, RI, Inc. d/b/a Seating Solutions, and the defendants Geller Sport, Inc. and Geller Devellis, Inc.

A. **Individuals Likely to Have Discoverable Information**

   1. Patrick Maguire, President
      Geller Sport, Inc.
      77 North Washington Street
      Boston, MA 02114

   Regarding meetings and conversations between the parties and actions taken by Geller Sport, Inc.

   2. Joseph T. Geller
      Geller DeVellis, Inc.
      77 North Washington Street
      Boston, MA 02114

Regarding actions taken by Geller Devellis, Inc.

3. Scott Suprina
   RI, Inc. d/b/a Seating Solutions
   63 Oser Avenue
   Hauppauge, NY 11788

Regarding activities of the plaintiff

4. Ross Jacobs
   RI, Inc. d/b/a Seating Solutions
   63 Oser Avenue
   Hauppauge, NY 11788

Regarding activities of the plaintiff

5. Scott Ruczaj
   RI, Inc. d/b/a Seating Solutions
   63 Oser Avenue
   Hauppauge, NY 11788

Regarding activities of the plaintiff

6. Theodore Tye
   Worcester Professional Baseball, LLC
   303 Main Street
   Worcester, MA 01615

Regarding meetings, conversations and actions taken by Worcester Professional Baseball

7. Alan Stone
   Worcester Professional Baseball, LLC
   303 Main Street
   Worcester, MA 01615

Regarding meetings, conversations and actions taken by Worcester Professional Baseball

8. Bruce Merrick, Owner
   Dant Clayton Corporation
   1500 Bernheim Lane
   Louisville, KY 40210

>    Regarding prior involvement with Geller Sport Inc. and the role of Dant Clayton with the project

9. Matt Dougherty, Sales
   Dant Clayton Corporation
   1500 Bemheim Lane
   Louisville, KY 40210

Regarding prior involvement with Geller Sport Inc. and the role of Dant Clayton with the project

10. BJ Nichols, Design Engineer
    Dant Clayton Corporation
    1500 Bemheim Lane
    Louisville, KY 40210

Regarding prior involvement with Geller Sport Inc. and the role of Dant Clayton with the project

**B.   Description by Category and Location of All Documents, Data Compilations, and Tangible Things That are Relevant**

Worcester Baseball and Perfect Game note that discovery and investigation of this matter is ongoing. All of the following groups of documents are located at Bowditch & Dewey, LLP, 311 Main Street, Worcester, MA 01615.

1. Correspondence;

2. Drawings; and

3. Contracts.

**C.   Computation of Damages**

Worcester Baseball and Perfect Game seek an award of their attorney's fees, costs, and any such other relief as is just and appropriate as provided by law.

**D.   Existence and Contents of any Insurance Agreements**

Not applicable.

WORCESTER PROFESSIONAL BASEBALL, LLC, and PERFECT GAME BASEBALL CLUBS, LLC
By their attorneys,

_____
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   May 31, 2005

## CERTIFICATE OF SERVICE

I, Louis M. Ciavarra, certify that on this 31st day of May, 2005, I served the foregoing by mailing a copy, first class mail, postage prepaid, to:

| | |
|---|---|
| Warren D. Hutchinson, Esq.<br>Donvan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 | Terry Klein, Esq.<br>The Law Office of Terry Klein<br>1558 Dorchester Avenue, Suite 202<br>Dorchester, MA  02122 |

_____
Louis M. Ciavarra

{J:\CLIENTS\lit\304315\0001\00546065.DOC;1}