UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | CIVIL ACTION NO.<br>05-CV-10365-JLT |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Kindly enter my appearance on behalf of the Defendants, Worcester Professional Baseball, LLC and Perfect Game Baseball Clubs, LLC, in the above-captioned case.

Date: June 6, 2005

_____
Louis Ciavarra (BBO# 546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156

{J:\CLIENTS\lit\304315\0001\00549831.DOC;1}