UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | CIVIL ACTION NO.<br>05-CV-10365-JLT |

**ANSWER TO AMENDED COMPLAINT AND DEMAND FOR
JURY TRIAL OF DEFENDANTS WORCESTER PROFESSIONAL
BASEBALL, LLC, AND PERFECT GAME BASEBALL CLUBS, LLC**

Defendants, Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC (sometimes hereinafter collectively called "Worcester Baseball"), state that the first, unnumbered paragraph of the Amended Complaint is not an averment of fact and therefore no answer or response is required. To the extent that an answer or response is required, it is denied.

1. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Amended Complaint and therefore denies the same.

2. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Amended Complaint and therefore denies the same.

3. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Amended Complaint and therefore denies the same.

4.  Admitted.

5.  Admitted.

6.  Worcester Baseball admits that this Court has personal jurisdiction over it but is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 6 of the Amended Complaint and therefore denies the remainder.

7.  Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Amended Complaint and therefore denies the same.

8.  Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Amended Complaint and therefore denies the same.

9.  Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Amended Complaint and therefore denies the same.

10. Worcester Baseball admits that Defendants Geller Sport, Inc. and Geller Devellis, Inc. (sometimes hereinafter collectively "Geller"), provide design consulting services for athletic facilities.

11. Worcester Baseball admits that Worcester Professional Baseball, LLC, is the owner and operator of the Worcester Tornadoes, a professional baseball franchise that is a member of the Canadian American Association of Professional Baseball and began playing in the Spring of 2005.

12. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Amended Complaint and therefore denies the same.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Amended Complaint and therefore denies the same.

19. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Amended Complaint and therefore denies the same.

20. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Amended Complaint and therefore denies the same.

21. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Amended Complaint and therefore denies the same.

22. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Amended Complaint and therefore denies the same.

23. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Amended Complaint and therefore denies the same.

24. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Amended Complaint and therefore denies the same.

25. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Amended Complaint and therefore denies the same.

26. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Amended Complaint and therefore denies the same.

27. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Amended Complaint and therefore denies the same.

28. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Amended Complaint and therefore denies the same.

29. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Amended Complaint and therefore denies the same.

30. Worcester Baseball admits that a copy of a document entitled Proposal and dated February 17, 2005, is attached to the Amended Complaint as Exhibit A. Worcester Baseball denies the remainder of the allegations contained in paragraph 30 of the Amended Complaint.

31. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Amended Complaint and therefore denies the same.

32. Denied.

33. Denied.

34. Denied.

35. Worcester Baseball admits that a copy of a document entitled Proposal dated February 21, 2005, is attached to the Amended Complaint as Exhibit B. Worcester Baseball denies the remainder of the allegations contained in paragraph 35 of the Amended Complaint.

36. Worcester Baseball admits that the Proposal attached to the Amended Complaint as Exhibit B recites a total price of $1,519,880.90. Worcester Baseball denies the remainder of the allegations contained in this paragraph.

37. Denied.

38. Denied.

39. Worcester Baseball is without knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 of the Amended Complaint and therefore denies the same.

40. Denied.

41. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Amended Complaint and therefore denies the same.

42. Worcester Baseball admits that a copy of an email is attached to the Amended Complaint as Exhibit C. Worcester Baseball denies the remainder of the allegations contained in paragraph 42 of the Amended Complaint.

43. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Amended Complaint and therefore denies the same.

44. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Amended Complaint and therefore denies the same.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Worcester Baseball repeats and incorporates by reference its responses to paragraphs 1 through 49 of the Amended Complaint as if expressly set forth herein.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Worcester Baseball repeats and incorporates by reference its responses to paragraphs 1 through 54 of the Amended Complaint as if expressly set forth herein.

56. Denied.

57. Denied.

58-62. Worcester Baseball states that paragraphs 58 – 62 of the Amended Complaint are addressed to another party to this action and therefore no answer or response is required. To the extent that an answer or response is required, the allegations of these paragraphs are denied.

63-66. Worcester Baseball states that paragraphs 63 – 66 of the Amended Complaint are addressed to another party to this action and therefore no answer or response is required. To the extent that an answer or response is required, the allegations of these paragraphs are denied.

67-69. Worcester Baseball states that paragraphs 67 – 69 of the Amended Complaint are addressed to another party to this action and therefore no answer or response is required. To the extent that an answer or response is required, the allegations of these paragraphs are denied.

70-74. Worcester Baseball states that paragraphs 70 – 74 of the Amended Complaint are addressed to another party to this action and therefore no answer or response is required. To the extent that an answer or response is required, the allegations of these paragraphs are denied.

75. Worcester Baseball repeats and incorporates by reference its responses to paragraphs 1 through 74 of the Amended Complaint as if expressly set forth herein.

76. Worcester Baseball is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Amended Complaint and therefore denies the same.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Worcester Baseball states that the Amended Complaint fails to state a claim upon which relief can be granted and therefore the Amended Complaint must be dismissed.

### Second Affirmative Defense

Worcester Baseball states that there was a failure of a condition precedent to the formation of the contract and/or agreement alleged in the Amended Complaint and therefore plaintiff cannot recover.

### Third Affirmative Defense

Worcester Baseball states that there is a failure of consideration with respect to the agreement and/or contract alleged in the Amended Complaint and therefore plaintiff cannot recover.

### Fourth Affirmative Defense

Worcester Baseball states that the agreement and/or contract alleged in the Amended Complaint is unenforceable pursuant to the Statute of Frauds (G.L. c.259, § 1) and therefore plaintiff cannot recover.

### Fifth Affirmative Defense

Worcester Baseball states that the offer alleged in the Amended Complaint was not accepted and therefore there was no enforceable contract between the parties.

### Sixth Affirmative Defense

Worcester Baseball states that if the plaintiff sustained damages as alleged in the Amended Complaint, those damages result from the conduct of third parties over whom Worcester Baseball had no control and for whose actions Worcester Baseball is not responsible.

**DEFENDANTS DEMAND A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

WORCESTER PROFESSIONAL BASEBALL, LLC, and PERFECT GAME BASEBALL CLUBS, LLC
By their attorneys,

_____
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date: June 21, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on _____