UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  05-CV-10365-JLT<br>)<br>)<br>)<br>) |

We hereby certify that we have conferred regarding: (1) a budget for the costs of prosecuting this litigation to a conclusion; (2) alternative courses of the litigation; and (3) the use of alternative dispute resolution.

_____
Worcester Professional Baseball LLC and
Perfect Game Baseball Clubs, LLC
BY: _____
Alan Stone, President

_____
Louis M. Ciavarra, Esquire (B.B.O. #546481)
James P. Hoban, Esquire (B.B.O. #633929)
Attorney for Defendants Worcester Professional
  Baseball LLC and Perfect Game Baseball
  Clubs, LLC
Bowditch & Dewey
311 Main Street
Worcester, MA 01608
(508) 926-3408

Dated: June 20, 2005

{J:\CLIENTS\lit\304315\0002\00554271.DOC;1}