UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>      Plaintiff,<br><br>    v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>      Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

### LOCAL RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1, defendant, RI Inc. d/b/a Seating Solutions and its attorney, Terry Klein, hereby state that they have conferred (i) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

            Respectfully submitted,

            RI INC. d/b/a SEATING SOLUTIONS

            By its attorney,

            _/s/ Terry Klein_____
            THE LAW OFFICE OF TERRY KLEIN
            Terry Klein, BBO# 652052
            1558 Dorchester Avenue, Ste. 202
            Dorchester, Massachusetts 02122
            Telephone: (617) 825-8175
            Facsimile: (617) 507-6454

_____
RI Inc. d/b/a Seating Solutions
Scott Suprina

Dated: June 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party by first class mail on June 24 2005.

_____
Terry Klein