UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-CV-10365-JLT |
| GELLER SPORT, INC., GELLER DEVELLIS, ) | |
| INC., WORCESTER PROFESSIONAL BASEBALL ) | |
| LLC, and PERFECT GAME BASEBALL CLUBS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# JOINT STATEMENT

Pursuant to the Notice of Scheduling Conference and Local Rule 16.1, the parties hereby propose the following pretrial schedule:

| | |
|---|---|
| Service of and compliance with written discovery requests and completion of depositions | November 1, 2005 |
| Plaintiff's expert disclosure | November 1, 2005 |
| Defendants' expert disclosure | January 15, 2006 |
| Rule 56 Motions Filed | February 15, 2006 |

WORCESTER PROFESSIONAL
BASEBALL, LLC and PERFECT
GAME BASEBALL CLUBS, LLC          RI Inc. d/b/a SEATING SOLUTIONS

By their attorneys                                By its attorney


  /s/            Louis M. Ciavarra       /s/                   Terry Klein
BOWDITCH & DEWEY, LLP                 THE LAW OFFFICE OF TERRY KLEIN
Louis M. Ciavarra, BBO# 546481        Terry Klein, BBO# 652052
James P. Hoban, BBO# 633929           1558 Dorchester Avenue, Ste. 202
311 Main Street, P.O. Box 15156       Dorchester, Massachusetts  02122
Worcester, Massachusetts  01615-0156  Telephone: (617) 825-8175
Telephone: (508) 791-3511             Facsimile: (617) 507-6454
Facsimile (508) 929-3011

-2-

GELLER SPORT, INC. and GELLER
DEVELLIS, INC.

By their attorneys


___/s/_____    Warren D. Hutchison
DONOVAN HATEM LLP
David J. Hatem PC, BBO# 225700
Warren D. Hutchison, BBO# 246150
Two Seaport Lane
Boston, Massachusetts  02210
Telephone: (617) 406-4500
Facsimile: (617) 406-4501

Dated:  June 28, 2005