UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RI, INC. d/b/a SEATING SOLUTIONS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-10365-JLT |
| | * | |
| | * | |
| GELLER SPORT, INC et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

July 5, 2005

TAURO, J.

After the Scheduling Conference held on July 5, 2005, this court hereby orders that:

1. The Parties shall depose Scott Suprina, Theodore Tye, and Alan Stone by September 30, 2005;

2. No additional discovery will be permitted without leave of this court;

3. A Further Conference is scheduled for October 11, 2005 at 11:00 a.m.;

4. The following depositions may be taken upon further order of this court:

   a. Plaintiff may depose (1) Worcester Professional Baseball, LLC; (2) Perfect Game Baseball Clubs, LLC; (3) Geller Sport, Inc.; (4) Geller Devellis, Inc.; (5) Philip Rosenfield; (6) Patrick Maguire; (7) the Keeper of Records, including electronic records, of Worcester Professional Baseball, LLC; (8) the Keeper of Records, including electronic records, of Perfect Game Baseball Clubs, LLC; (9) the Keeper of Records, including electronic

    records, of Geller Sport, Inc.; and (10) the Keeper of Records, including electronic records, of Geller Devellis, Inc.; and

b.     Defendants may depose (1) Plaintiff, (2) Chris Suprina, (3) Ross Jacobs, (4) Scott Ruczaj; (5) Geller Sport, Inc., (6) Patrick Maguire, (7) Geller Devellis, Inc., and (8) Joseph T. Geller.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge