UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>                Plaintiff,<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>                Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The defendants, Geller Sport, Inc. and Geller DeVellis, Inc., and its counsel hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Attorneys for Defendants Geller Sport, Inc.<br>and Geller DeVellis, Inc., | Geller Sport, Inc. and Geller DeVellis, Inc.<br><br>By its President, |
|---|---|
| /s/ Warren D. Hutchison<br>David J. Hatem PC, BBO #225700<br>Warren D. Hutchison, BBO # 246150<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 | /s/ Patrick Maguire<br>Patrick Maguire, President<br>Geller Sport, Inc. and Geller Devellis, Inc.<br>77 North Washington Street<br>Boston, MA 02114<br>(617) 523-8103 |

00928656//24410.88