UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS, )<br><br>Plaintiff, )<br><br>v. )<br><br>GELLER SPORT, INC., GELLER DEVELLIS, )<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

### SUMMARY JUDGMENT MOTION AND REQUEST FOR HEARING
### OF THE DEFENDANTS GELLER SPORT, INC. AND GELLER DEVELLIS INC.

Pursuant to Fed. R. Civ. P. 56 and 54(b), the defendants, Geller Sport, Inc. and Geller DeVellis, Inc. ("Geller"), respectfully move for summary judgment and the entry of separate and final judgment. Summary Judgment should be granted in Geller's favor because the facts are undisputed that: (1) Geller did not intentionally and maliciously interfere with any relationship between Seating Solutions and Worcester Baseball; (2) no confidentiality agreement was entered into by Geller and Seating Solutions that would create grounds for recovery; (3) Geller did not misappropriate any trade secrets of Seating Solutions; (4) Geller did not intentionally exercise wrongful ownership, control or dominion over any property of Seating Solutions; and (5) Geller did not perform any unfair or deceptive acts that would warrant a violation of M.G.L. ch. 93A.

In support of this Motion, Geller relies on the pleadings on file with this Court, the accompanying Memorandum of Law, the Statement of Undisputed Material Facts, and the following exhibits (attached to the Affidavit of Warren D. Hutchison):

1

| | |
|---|---|
| Exhibit 1 | Deposition of Scott Suprina, pg 6, lines 21-24, pg 23, lines 3-14, pg 24, lines 5-23, pg 100, lines 2-6, pg 102, lines 1-22, pg 114, lines 22-24, pg 121, lines 18-21, pg 122, lines 1-19, page 123, lines 12-24, pg 128, lines 4-24, pg 129, lines 1-24, pg 130, lines 1-16, pg 156, lines 17-24, pg 157, lines 1-24, pg 233, lines 18-24, pg 234, lines 15-18, pg 244, lines 1-19, pg 246, lines 21-24, pg 247, lines 1-2, pg 251, lines 4-12, pg 252, lines 1-20, pg 253, lines 7-10, pg 254, lines 7-24, pg 255, lines, lines 1-4, pg 258, lines 18-22, pg 263, lines 20-24, pg 264, lines 1-4, pg 271, lines 10-15, pg 295, lines 22-24, pg 296, lines 1-11, pg 297, lines 1-24; |
| Exhibit 2 | Deposition of Ted Tye, pg 19, lines 14-17, pg 44, lines 17-24, pg 45, lines 1-6, pg 46, lines 6-8, pg 49, lines 11-24, pg 50, line 1, pg 70, lines 9-12 , pg 102, lines 17-24, pg 103, lines 1-11, pg 106, lines 3-17, pg 124, lines 8-16, pg 136, lines 5-24, pg 137, lines 1-18, pg 146, lines 1-24, pg 164, lines 20-24, pg 165, lines 1-6, pg 187, lines 10-18, pg 188, lines 17-24, pg 189, lines 1-5, pg 192, lines 14-16; |
| Exhibit 3: | Deposition of Alan Stone, pg 9, lines 13-19, pg 15, lines 15-22, pg 26, lines 5-8, pg 30, lines 14-18, pg 90, lines 7-9; |
| Exhibit 4: | February 17, 2005, revised Proposal; |
| Exhibit 5: | February 21, 2005, revised Proposal; |
| Exhibit 6: | Seating Solutions plans; |
| Exhibit 7: | Affidavit of Patrick Maguire; and |
| Exhibit 8: | Affidavit of Alan Stone. |

WHEREFORE, for the foregoing reasons, the defendants, Geller Sport, Inc. and Geller DeVellis, Inc., respectfully request that summary judgment be entered in their favor on all counts. Moreover, as there is no just reason for delay, Geller requests that this Court enter an Order directing the entry of separate and final judgment of dismissal of the claims brought by the plaintiff against them.

## REQUEST FOR HEARING

Geller respectfully requests that the Court hold a hearing on their Motion for Summary Judgment. Geller states that a hearing would assist the Court in rendering its decision on this Motion.

Respectfully submitted,
GELLER SPORT, INC. and GELLER DEVELLIS, INC.
By their attorneys,

David J. Hatem PC, BBO #225700
Warren D. Hutchison, BBO # 246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
(617) 406-4501

Date:

## CERTIFICATE OF SERVICE

I, Warren D. Hutchison, certify that on this 7th day of October, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

Terry Klein, Esq.
The Law Office of Terry Klein
1558 Dorchester Avenue, Suite 202
Dorchester, MA  02122

Louis M. Ciavarra, Esq.
Bowditch & Dewey
One International Place
Boston, MA  02110

Warren D. Hutchison