UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,  )<br>  )<br>                Plaintiff,  )<br>  )<br>                  v.  )<br>  )<br>GELLER SPORT, INC., GELLER DEVELLIS,  )<br>INC., WORCESTER PROFESSIONAL BASEBALL  )<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,  )<br>  )<br>              Defendants.  )<br>  ) | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

**NOTICE OF CHANGE OF ADDRESS AND FIRM NAME**

    The undersigned counsel for RI Inc. d/b/a Seating Solutions ("Seating Solutions") hereby notifies the Court that his firm name and contact information have changed as follows:

        Terry Klein, Esq.
        Henshon Parker Vyadro, P.C.
        84 State Street, Ste. 760
        Boston, Massachusetts 02109
        Telephone: (617) 367-1800
        Facsimile: (617) 507-6454
        tklein@hpvpc.com

        Respectfully submitted,

          /s/          Terry Klein
        HENSHON PARKER VYADRO, P.C.
        Terry Klein, BBO# 652052
        84 State Street, Ste. 760
        Boston, Massachusetts 02109
        Telephone: (617) 367-1800
        Facsimile: (617) 507-6454
Dated: October 14, 2005        tklein@hpvpc.com

- 2 -

## CERTIFICATE OF SERVICE

    I, Terry Klein, hereby certify that on October 14, 2005, a true copy of the above document was served by first class mail upon counsel for each other party.

                                                       /s/           Terry Klein

- 2 -