UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>                  Plaintiff,<br><br>                  v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

## **STIPULATION AND LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) the undersigned parties hereby certify and stipulate as follows:

1. On October 7, 2005, Geller Sport, Inc. and Geller Devellis, Inc (collectively "Geller") submitted a summary judgment motion in this matter.

2. On October 13, 2005, Geller and the plaintiff, RI Inc. d/b/a Seating Solutions ("Plaintiff"), conferred and attempted in good faith to resolve the issues raised in the summary judgment motion.

3. Plaintiff and Geller had not conferred before October 13, 2005.

4. Plaintiff and Geller stipulate and agree the motion shall be considered to have been filed with the Court as of **October 13, 2005**, and that Plaintiff's opposition to the motion shall be received by this Court by **October 27, 2005**.

-2-

| | |
|---|---|
| GELLER SPORT, INC. and GELLER DEVELLIS, INC. | RI Inc. d/b/a SEATING SOLUTIONS |
| By their attorneys | By its attorneys |
|   /s/              Warren D. Hutchison<br>DONOVAN HATEM LLP<br>David J. Hatem PC, BBO# 225700<br>Warren D. Hutchison, BBO# 246150<br>Two Seaport Lane<br>Boston, Massachusetts 02210<br>Telephone: (617) 406-4500<br>Facsimile: (617) 406-4501 |   /s/              Terry Klein<br>HENSHON PARKER VYADRO, P.C.<br>Terry Klein, BBO# 652052<br>84 State Street, Suite 760<br>Boston, Massachusetts 02109<br>Telephone: (617) 367-1800<br>Facsimile: (617) 507-6454 |

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served by first class mail upon all counsel of record on October 14, 2005.

                                                          /s/              Terry Klein