UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | CIVIL ACTION NO.<br>05-CV-10365-JLT |

## STATUS REPORT OF DEFENDANTS, WORCESTER PROFESSIONAL BASEBALL, LLC AND PERFECT GAME BASEBALL CLUBS, LLC

In anticipation of the Court's Conference scheduled for November 1, 2005, Defendants, Worcester Professional Baseball, LLC and Perfect Game Baseball Clubs, LLC, (hereinafter referred to as "Worcester Baseball"), state as follows:

1. Pursuant to the Court's Order of July 5, 2005, the parties have deposed Scott Suprina, Theodore Tye, and Alan Stone;

2. Worcester Baseball states that it believes all relevant documents have been exchanged between the parties;

3. Defendants, Geller Sport, Inc. and Geller Devellis, Inc., have filed a Motion for Summary Judgment, and Worcester Baseball will have filed their Motion for Summary Judgment prior to the November 1st Conference;

4. Worcester Baseball believes that the Motions for Summary Judgment will be case dispositive and therefore it is unnecessary for the parties to incur the additional expense of discovery, including depositions, until the Court has had an opportunity to rule upon the pending Motions; and

{Client Files\LIT\304315\0002\00604355.DOC;1}

5.    Worcester Baseball believes that oral argument will assist the Court in resolving the Motions and requests that the Court schedule a hearing date for the pending Motions.

        WORCESTER PROFESSIONAL BASEBALL, LLC and PERFECT GAME BASEBALL CLUBS, LLC
By their attorneys,

_____
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:  October __, 2005