UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

## PLAINTIFF'S STATUS RERPORT

The plaintiff, RI, Inc. d/b/a Seating Solutions ("Plaintiff" or "Seating Solutions"), provides the Court with a status report in advance of the case management conference scheduled for November 1, 2005. Plaintiff's counsel attempted to obtain comments and input on this submission from the defendants, Geller Sport, Inc. and Geller Devellis, Inc. (collectively, "Geller"), and Worcester Professional Baseball, LLC and Perfect Game Baseball, LLC (collectively, "Worcester Baseball"), so that it could be filed jointly. Counsel for Geller did not respond. Counsel for Worcester Baseball refused to provide comments and have filed their own status report.

**A.    Depositions and Initial Disclosures**

Per the Court's Order of July 12, 2005, Plaintiff and the defendants have completed the depositions of Scott Suprina, Theodore Tye, and Alan Stone. The parties have also exchanged their automatic required disclosures pursuant to Fed. R. Civ. P. 26(a).

**B.    Additional Discovery**

Seating Solutions believes that additional discovery is necessary to develop a complete factual record in this case. Depositions of at least the following individuals and parties are necessary:

| Name | Affiliation | Knowledge |
|---|---|---|
| Patrick Maguire | President -- Geller Sport, Inc. | Has knowledge regarding motivations of Geller Sport; whether Geller Sport disclosed Seating Solutions proprietary information to third parties; may have knowledge regarding existence of contract between Seating Solutions and Worcester Baseball. |
| Theo Kindermans | Geller Devellis, Inc. | May have knowledge regarding existence of contract between Seating Solutions and Worcester Baseball. |
| Matt Dougherty | Dant Clayton Corporation | Has knowledge of whether Geller Sport disclosed Seating Solutions proprietary information to third parties; may have knowledge regarding existence of contract between Seating Solutions and Worcester Baseball. |
| Philip Rosenfield | Former business partner of Messrs. Tye and Stone | Has knowledge regarding the existence of contract between Seating Solutions and Worcester Baseball. |

Additional issues exist with respect to the incomplete nature of Worcester Baseball's automatic disclosures and the need to obtain electronic versions of computer aided design drawings currently in Geller's possession. Plaintiff, however, hopes and anticipates that these issues will be resolved by the parties without Court involvement. Plaintiff submits that all fact discovery in this action can be completed by January 31, 2006. Expert disclosures, to the extent necessary, can be completed by March 15, 2006.

C.      **Summary Judgment**

Geller has moved for summary judgment and Plaintiff has filed an opposition to the motion. Worcester Baseball has indicated that it plans to file its own motion for summary judgment in the coming days. Given that discovery is ongoing and the record as already developed is replete with disputed issues of material fact, Plaintiff suggests that summary judgment is inappropriate. In the event that Worcester Baseball is intent upon filing a motion,

however, Plaintiff is amenable to scheduling a hearing on both motions for summary judgment for a single date that is convenient to the parties and the Court.

RI Inc. d/b/a SEATING SOLUTIONS

By its attorneys

/s/     Terry Klein
HENSHON PARKER VYADRO, P.C.
Terry Klein, BBO# 652052
84 State Street, Suite 760
Boston, Massachusetts 02109
Telephone: (617) 367-1800
Facsimile: (617) 507-6454

October 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail upon all counsel of record on October 28, 2005.

/s/     Terry Klein
