UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   05-CV-10365-JLT<br>)<br>)<br>)<br>) |

**MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR
HEARING OF DEFENDANTS, WORCESTER PROFESSIONAL
BASEBALL, LLC, AND PERFECT GAME BASEBALL CLUBS, LLC,**

Defendants Worcester Professional Baseball, LLC ("Worcester Baseball") and Perfect Game Baseball Clubs, LLC ("Perfect Game") move this Court for entry of summary judgment pursuant to Fed. R. Civ. P. 56(c). In support of this motion, Worcester Baseball and Perfect Game state that the plaintiff RI, Inc. d/b/a Seating Solutions ("Seating Solutions") cannot establish the existence of a valid and binding agreement by and between itself and Worcester Baseball and/or Perfect Game, a necessary element of a breach of contract claim, and, as such, summary judgment is appropriate. See Michelson v. Digital Financial Services, 167 F.3d 715, 720 (1st Cir. 1999); Guckenberger v. Boston Univ., 957 F.Supp. 306, 316 (D.Mass. 1997). Seating Solutions remaining claims against Worcester Baseball and Perfect Game, breach of the implied covenant of good faith and fair dealing and violation of G.L. c. 93A, are derivative of and dependant on its breach of contract claims and, accordingly, the absence

of record evidence sufficient to state a claim for breach of contract is dispositive of those claims as well.

In further support of this motion, Worcester Baseball and Seating Solutions rely on the Memorandum of Law in Support of Summary Judgment and Affidavit of James P. Hoban, Esquire, filed herewith.

WHEREFORE Worcester Baseball and Seating Solutions respectfully requests that this Court enter an Order granting summary judgment in favor of Worcester Baseball and Perfect Game on Counts I, II, and VII of the Amended Complaint and grant such other relief as the Court deems just and appropriate.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(E), Worcester Baseball and Seating Solutions respectfully request that the Court schedule a hearing on its Motion for Summary Judgment as a hearing will assist the Court in deciding the motion.

WORCESTER PROFESSIONAL BASEBALL, LLC and PERFECT GAME BASEBALL CLUBS, LLC
By their attorneys,

Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date: October 31, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, James P. Hoban, state that I conferred with counsel for RI, Inc., d/b/a Seating Solutions, Terry Klein, Esquire, on or about October 24, 2005, in an effort to narrow the issues in dispute in this motion, but we were unable to reach agreement.

_____
James P. Hoban

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic service and ~~mail/hand~~ on 10/31/05
_____