UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RI, INC. d/b/a SEATING SOLUTIONS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-10365-JLT |
| | * | |
| | * | |
| GELLER SPORT, INC et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

November 1, 2005

TAURO, J.

After the Further Conference held on November 1, 2005, this court hereby orders that:

1. Defendants Geller Sport, Inc. and Geller Devellis, Inc.'s Motion For Summary Judgment [#28] is DENIED;

2. Defendant Worcester Professional Baseball, LLC's Motion For Summary Judgment [#40] is DENIED;

3. Plaintiff may depose the following: (1) Philip Rosenfield; (2) Patrick Maguire; and (3) Dant Clayton Corp.

4. Defendant Worcester Professional Baseball, LLC may depose (1) Chris Suprina, (2) Ross Jacobs, and (3) Scott Ruczaj.

5. Defendants shall produce all AutoCad documents relating to this case electronically for inspection and copying by the Plaintiff.

6. All above-mentioned Depositions and production of documents must be completed

      by January 31, 2006.

7.     Defendant Worcester Professional Baseball, LLC has until December 1, 2006 to fully comply with this court's Rule 26 Discovery Order by producing all documents related to this case or to file an affidavit that all relevant documents have been produced.

8.     No additional discovery will be permitted without leave of this court.

9.     A Further Conference is scheduled for February 7, 2006 at 11:00 a.m.

IT IS SO ORDERED.

                                                            /s/ Joseph L. Tauro
                                              United States District Judge