UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff,<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL,<br>LLC, AND PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.<br>05-CV-10365-JLT |

### AFFIDAVIT OF LOUIS M. CIAVARRA

I, Louis M. Ciavarra, depose and state as follows:

1. I am a Partner at the law firm of Bowditch & Dewey and represent the Defendants, Worcester Professional Baseball, LLC and Perfect Game Baseball Clubs, LLC in this matter.

2. This Affidavit is being provided in accord with the Court's Order of November 1, 2005.

3. We have conferred with our clients with respect to their obligations to produce documents in accordance with the Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts, as well as any Standing Orders of this session. To the extent documents are in the possession, custody or control of our clients and need to be produced in accordance with the previously mentioned Rules, they have been produced.

Signed under the pains and penalties of perjury this 30th day of November, 2005.

*[signature]*
Louis M. Ciavarra