UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   05-CV-10365-JLT<br>)<br>)<br>)<br>) |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE, CONTINUE STATUS CONFERENCE, AND AUTHORIZE ADDITIONAL DEPOSITIONS

Plaintiff RI, Inc. d/b/a Seating Solutions ("Seating Solutions") and defendants Geller Sport, Inc., Geller Devellis, Inc., Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC (collectively the "Parties") move this Court for an Order extending the discovery completion date from January 31, 2006 to February 28, 2006, to continue the Status Conference presently scheduled for February 7, 2006 at 11:00 a.m. to the first date convenient for the Court in March 2006, and to authorize additional depositions. In support of this motion, the Parties state as follows:

1. The Parties have used all mutually available dates through January 31, 2006 in an effort to complete the depositions authorized in the Court's November 1, 2005 Order, including the deposition of non-party witness Dant-Clayton Corp. which will be taken in Louisville, Kentucky.

2. The Parties will not, however, be able to complete all previously authorized depositions prior to January 31, 2006, and, the controller of Seating Solutions has recently been identified by Seating Solutions as an additional potential witness in support of its damages claims.

{Client Files\LIT\304315\0002\00636282.DOC;1}

3.  As such, Worcester Professional Baseball, LLC and Perfect Game Baseball Clubs, LLC hereby seek leave of the Court to depose the controller and to conduct a Fed. R. Civ. P. 30(b)(6) deposition of Seating Solutions, with a request for production of documents, directed solely to damages discovery in this action.

4.  Additionally, Seating Solutions seeks leave of the Court to depose Joe Gallagher, a third party, who attended meetings of the parties during the negotiation process.

5.  All parties are agreeable and assent to the extension of the discovery completion deadline to February 28, 2006 and the continuance of the status conference presently scheduled for February 7, 2006, at 11:00 a.m., to the first date convenient for the Court in March 2006.

WHEREFORE, the Parties respectfully request that the discovery deadline be extended to February 28, 2006, that the status conference presently scheduled for February 7, 2006, at 11:00 a.m., be continued to the first date convenient for the Court in March 2006, and that leave be granted to conduct the depositions of Seating Solutions' Controller, a Fed. R. Civ. P. 30(b)(6) with a request for production of documents of Seating Solutions directed solely to damages, and Joe Gallagher.

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS<br>By its attorneys, | GELLER SPORT, INC. and GELLER DEVELLIS, INC.<br>By their attorneys, |
| /s/ *Terry Klein*<br>Terry Klein (BBO #652052)<br>Henshon Parker Vyadro P.C.<br>84 State Street, Suite 760<br>Boston, MA 02109<br>(617) 367-1800<br>*tklein@hpvpc.com* | /s/ *David J. Hatem*<br>David J. Hatem, P.C. (BBO #225700)<br>Warren D. Hutchison (BBO #246150)<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500<br>*whutchison@donovanhatem.com* |

WORCESTER PROFESSIONAL
BASEBALL, LLC, and PERFECT GAME
BASEBALL CLUBS, LLC
By their attorneys,


*/s/ James P. Hoban*
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
*jhoban@bowditch.com*

Date:   January 20, 2006

## CERTIFICATE OF SERVICE

I, James P. Hoban, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 20, 2006.



*/s/ James P. Hoban*