UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | CIVIL ACTION NO.<br>05-CV-10365-JLT |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), all counsel conferred on January 19, 2006, and agreed to this Joint Motion to Extend Discovery Deadline, Continue Status Conference, and Authorize Additional Depositions.

*/s/ James P. Hoban*
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
*jhoban@bowditch.com*

Date:  January 20, 2006

## CERTIFICATE OF SERVICE

I, James P. Hoban, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 20, 2006.

*/s/ James P. Hoban*