UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS, )<br>Plaintiff )<br> )<br>v. )<br> )<br> ) CIVIL ACTION NO.<br>GELLER SPORT, INC., GELLER DEVELLIS, ) 05-CV-10365-JLT<br>INC., WORCESTER PROFESSIONAL BASEBALL )<br>LLC, and PERFECT GAME BASEBALL CLUBS, )<br>LLC, )<br>Defendants ) | |

## ASSENTED TO MOTION OF WORCESTER PROFESSIONAL BASEBALL, LLC AND PERFECT GAME BASEBALL CLUBS, LLC FOR LEAVE TO SUBPOENA DOCUMENTS FROM NON-PARTY WITNESS OUTDOOR ALUMINUM

Defendants Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC (collectively "Worcester Baseball") move this Court for leave to issue a subpoena duces tecum to non-party witness Outdoor Aluminum, Inc. In support of this motion, Worcester Baseball states as follows:

1. On November 1, 2005 the Court entered an Order stating that no discovery, other than the depositions expressly authorized therein, could be conducted without prior leave of Court.

2. The Parties are endeavoring to complete all discovery by the end of this month.

3. Outdoor Aluminum is one of plaintiff RI, Inc. d/b/a Seating Solutions' primary vendors, and according the testimony of Scott Suprina, Seating Solution's principal, was provided with drawings by Seating Solutions and gave pricing quotes in return which were used in formulating the bid at in issue in this action.

4. In order to be certain that Worcester Baseball is prepared to meet all damages allegations at the trial of this matter, Worcester Baseball requests leave to subpoena documents

from Outdoor Aluminum pursuant to Fed. R. Civ. P. 45(a) concerning its communications with Seating Solutions and Seating Solutions damages claims.

5.  No party will be prejudiced by allowing discovery of such communications and factual basis of Seating Solutions' claimed damages.

6.  All Parties assent to the allowance of this motion.

WHEREFORE, Worcester Baseball respectfully requests leave to issue a subpoena duces tecum to Outdoor Aluminum, Inc. concerning its communications with Seating Solutions and Seating Solution's alleged damages.

> WORCESTER PROFESSIONAL
> BASEBALL, LLC, and PERFECT GAME
> BASEBALL CLUBS, LLC
> By their attorneys,
>
> /s/ Louis M. Ciavarra
> Louis M. Ciavarra (BBO #546481)
> James P. Hoban (BBO #633929)
> Bowditch & Dewey, LLP
> 311 Main Street, P.O. Box 15156
> Worcester, MA 01615-0156
> (508) 791-3511
> lciavarra@bowditch.com

Date:   February 2, 2006

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 2, 2006.

/s/ Louis M. Ciavarra

{Client Files\LIT\304315\0002\00641950.DOC;1}