UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  05-CV-10365-JLT<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO EXTEND TIME FOR COMPLETING**
**FED. R. CIV. P. 30(b)(6) DEPOSITION OF RI, INC. d/b/a SEATING SOLUTIONS**

Plaintiff RI, Inc. d/b/a Seating Solutions ("Seating Solutions") and defendants Geller Sport, Inc., Geller Devellis, Inc., Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC (collectively the "Parties") move this Court for an Order modifying the present Scheduling Order to allow the Fed. R. Civ. P. 30(b)(6) deposition of Seating Solutions concerning damages to be taken on or before March 31, 2006. In support of this motion, the Parties state as follows:

1. The present Scheduling Order requires all discovery to be completed on or before February 28, 2006.

2. By agreement and for the benefit of all Parties, the Parties agreed that Seating Solution would attempt to locate and produce additional documents concerning its damages claims in advance of its Fed. R. Civ. P. 30(b)6) deposition. A brief extension is needed to allow Seating Solution to gather and produce documents prior to appearing for its Fed.R.Civ.P. 30(b)(6). Additionally, the Parties are attempting to agree to certain stipulations that would make the deposition unnecessary.

3.  A pre-trial conference is scheduled for March 9, 2006, at 10:00 a.m. By agreement and for the benefit of all Parties, the Parties respectfully request that the pre-trial conference be postponed until a date after March 31, 2006.

4.  No other relief from the present Scheduling Order is needed or requested.

5.  No party will be prejudiced by this change in the Scheduling Order and the case will not be delayed.

WHEREFORE, the Parties respectfully request that the time within which the Fed. R. Civ. P. 30(b)(6) deposition of Seating Solutions must be completed be enlarged up to and including March 31, 2006.

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS<br>By its attorneys,<br><br>*/s/ Terry Klein*<br>Terry Klein (BBO #652052)<br>Henshon Parker Vyadro P.C.<br>84 State Street, Suite 760<br>Boston, MA 02109<br>(617) 367-1800<br>*tklein@hpvpc.com* | GELLER SPORT, INC. and GELLER DEVELLIS, INC.<br>By their attorneys,<br><br>*/s/ Warren D. Hutchison*<br>David J. Hatem, P.C. (BBO #225700)<br>Warren D. Hutchison (BBO #246150)<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500<br>*whutchison@donovanhatem.com* |

WORCESTER PROFESSIONAL
BASEBALL, LLC, and PERFECT GAME
BASEBALL CLUBS, LLC
By their attorneys,

*/s/ James P. Hoban*
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
*jhoban@bowditch.com*

Date:   February 22, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), all counsel conferred on February 22, 2006, and agreed to this Assented-to Motion to Extend Time for Completing Fed. R. Civ. P. 30(b)(6) Deposition of RI, Inc., d/b/a Seating Solutions.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 22, 2006.

*/s/James P. Hoban*