UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RI, INC. d/b/a SEATING SOLUTIONS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-10365-JLT |
| | * | |
| | * | |
| GELLER SPORT, INC et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

April 5, 2006

TAURO, J.

After the Status Conference held on April 5, 2006, this court hereby orders that:

1. Plaintiff may depose Ross Jacobs;

2. The Parties shall complete all remaining discovery by April 28, 2006;

3. Trial is scheduled to begin on May 22, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge