UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 05-CV-10365-JLT |
| GELLER SPORT, INC., GELLER DEVELLIS, | ) | |
| INC., WORCESTER PROFESSIONAL BASEBALL, | ) | |
| LLC, AND PERFECT GAME BASEBALL CLUBS, | ) | |
| LLC, | ) | |
| Defendants. | ) | |

**DEFENDANTS' ASSENTED TO
MOTION TO POSTPONE TRIAL DATE**

Defendants Worcester Professional Baseball, LLC and Perfect Game Baseball Clubs, LLC request that the Court grant a short continuance for the trial, currently scheduled to begin Monday, May 22, 2006. When this trial date was set earlier this month the clients were not present and counsel was unaware of the fact that opening day for the Worcester Tornadoes' baseball team, the business operated by the Defendants, is May 23, 2006. Two of the key witnesses in this case, Theodore Tye and Alan Stone, will both be completely occupied with the details of preparing the team for its first game. It would cause an incredible hardship upon the entire organization for them not to be present at this time. Defendants are not seeking an extended continuance and will make themselves available at the Court's direction after the week of May 22, 2006. Plaintiff's counsel has been consulted and has assented to this Motion.

WHEREFORE, Defendants request a short continuance of the trial date to a date after

May 23, 2006.

WORCESTER PROFESSIONAL
BASEBALL, LLC, and PERFECT GAME
BASEBALL CLUBS, LLC
By their attorneys,


/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO #546481)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
lciavarra@bowditch.com

ASSENTED TO:

/s/ Terry Klein
Terry Klein, Esquire
Henshon Parker Vyadro, P.C.
84 State Street, Suite 760
Boston, MA 02109

Date:   April 24, 2006


<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 24, 2006.

/s/ Louis M. Ciavarra