UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS,<br>Plaintiff<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS,<br>LLC,<br>Defendants | CIVIL ACTION NO.<br>05-CV-10365-JLT |

**VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS
AGAINST WORCESTER PROFESSIONAL BASEBALL, LLC
AND PERFECT GAME BASEBALL CLUBS, LLC ONLY**

Plaintiff RI, Inc. d/b/a Seating Solutions and defendants Geller Sport, Inc., Geller Devellis, Inc., Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC (collectively the "Parties") hereby stipulate pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) that all claims, including without limitation Counts I, II, and VII, are dismissed, with prejudice and without costs, and with all rights of appeal waived, as against Worcester Professional Baseball, LLC, and Perfect Game Baseball Clubs, LLC only.

| RI, Inc., d/b/a SEATING SOLUTIONS<br>By its attorneys, | GELLER SPORT, INC. and GELLER DEVELLIS, INC.<br>By their attorneys, |
|---|---|
| */s/ Terry Klein*<br>Terry Klein (BBO #652052)<br>Henshon Parker Vyadro P.C.<br>84 State Street, Suite 760<br>Boston, MA 02109<br>(617) 367-1800<br>*tklein@hpvpc.com* | */s/ Warren D. Hutchison*<br>David J. Hatem, P.C. (BBO #225700)<br>Warren D. Hutchison (BBO #246150)<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500<br>*whutchison@donovanhatem.com* |

WORCESTER PROFESSIONAL
BASEBALL, LLC, and PERFECT GAME
BASEBALL CLUBS, LLC
By their attorneys,

*/s/ Louis M. Ciavarra*
Louis M. Ciavarra (BBO #546481)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
*lciavarra@bowditch.com*

Date:   July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 31, 2006.

*/s/ Louis M. Ciavarra*