UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GELLER SPORT, INC. and GELLER DEVELLIS, INC.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

## STIPULATION OF PARTIAL DISMISSAL

RI, Inc., d/b/a Seating Solutions and Geller Sport, Inc. and Geller Devellis, Inc. hereby agree and stipulate to the dismissal of Count IV (Conversion) of the Amended Complaint and Jury Demand.

| | |
|---|---|
| RI, Inc., d/b/a SEATING SOLUTIONS<br>By its attorneys, | GELLER SPORT, INC. and GELLER DEVELLIS, INC.<br>By their attorneys, |
| */s/ Terry Klein*<br>Terry Klein (BBO #652052)<br>Henshon Parker Vyadro P.C.<br>84 State Street, Suite 760<br>Boston, MA 02109<br>(617) 367-1800<br>*tklein@hpvpc.com* | */s/ Warren D. Hutchison*<br>David J. Hatem, P.C. (BBO #225700)<br>Warren D. Hutchison (BBO #246150)<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500<br>*whutchison@donovanhatem.com* |

August 4, 2006