UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RI, Inc. d/b/a SEATING SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>GELLER SPORT, INC., GELLER DEVELLIS,<br>INC., WORCESTER PROFESSIONAL BASEBALL<br>LLC, and PERFECT GAME BASEBALL CLUBS, LLC,<br><br>Defendant. | CIVIL ACTION<br>NO. 05-CV-10365-JLT |

## CERTIFICATION

I, Eddie Spears, hereby declare under the pains and penalties of perjury as follows:

1. I am the sales manager for Outdoor Aluminum, Inc. I have personal knowledge of, and am personally responsible for, how Outdoor Aluminum sales records, including price quotations, come into existence and are maintained.

2. I have reviewed the facsimile quotation that Quintin Battles sent to Scott Suprina on February 2, 2005, which was for an "aluminum square tube bleacher 5 & 10 rows I-Beam 18 rows with rear crosswalk and platform". A copy of the quotation is attached to this certification.

3. That record was made at the time that Mr. Battles himself prepared the quotation and Mr. Battles had knowledge of the quotation and the subject matter of the quotation. All facsimile quotations created by Outdoor Aluminum are made at the actual time the quote is provided to the customer or potential customer.

4. It is a regularly conducted activity of Outdoor Aluminum to provide price quotations to customers and to Mr. Suprina in particular. In fact, I am unaware of any occasion on which Outdoor Aluminum has refused to prepare a written price quotation to a customer that has requested one.

5.  It is Outdoor Aluminum's regular practice to make and keep records such as the price quotation.

Duly sworn under the pains and penalties of perjury.

*Eddie Spears* (signature)

Eddie Spears
Dated July 31, 2006



# Outdoor Aluminum
P.O. BOX 118; GENEVA, AL 36340
1-800-225-4249 PHONE       1-334-684-2231 FAX

## FAX TRANSMISSION FORM

DATE: 2/2/05

Company: **Seating Solutions**          Fax No: **1-(631)-845-0470**

Attn: **Scott Suprina**

From: *Quintin Battles*

Number Of Pages In This Transmission, Including Cover Page: 2

Please Contact Sender If There Are Questions.

---

Message: Boston MA

*3000 SEATS*

### Aluminum Square Tube Bleacher 5 & 10 ROWS I-Beam 18 rows with rear crosswalk and platform

- All Aluminum Square Tube Bleacher 5 & 10 rows
- Front extension 36" wide; elevated 24" above grade; 12" rise / 33" tread        *1400*
- Nominal 2x10 seats; 673 flip-up chair seats; 900 w/backrest, 1146 bench only; tredweld plus deck system with clear anod. Interlocking riser        *450*
- Twelve 54" wide vertical aisles w/ steps; contrasting nose markers; and handrails
- Two rails on rear; Three on sides and front; All with galvanized chain-link fence
- Stairs per layout drawing provided by SS
- Concrete foundations, anchor bolts, & grouting of base plates, **not included**

Materials Delivered & Installed: $ 531,853.00

### Inclusions

- Grandstand      *add*

- Delivery

**Exclusions**

- Foundations
- Installation
- Prevailing Wages
- Soil Testing
- Building Permits
- Licenses
- Bonds
- Taxes
- Demolition of existing stands
- Site Preparation
- Union Wages
- Any finish below stand, gravel
- Commissions

**Other Qualifications**

- This proposal is subject to our entering into a mutually agreeable contract
- Pricing and project schedule good for **30 days**
- Any deviations from the above itemized list, and or changes in scope of work, will necessitate a change in pricing.
- PROJECT SCHEDULE—From receipt of soil test, topography, and purchase order or contract made out to Outdoor Aluminum, Inc., the project schedule shall be as follows:

  6 weeks – Preparation of shop drawings for Owner approval

  From receipt of approved drawings in our Geneva, AL office, the schedule shall resume as follows:
  12 weeks – Substantial completion of installation