UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RI, INC. d/b/a SEATING SOLUTIONS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 05-10365-JLT |
| | * | |
| | * | |
| GELLER SPORT, INC et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

August 7, 2006

TAURO, J.

This court hereby orders that:

1. Defendants' Motion in Limine to Exclude Damages for the Alleged Misappropriation of Trade Secrets and Other Confidential and Proprietary Information [# 56] is DENIED WITHOUT PREJUDICE to raising the issue during trial;

2. Defendants' Motion in Limine to Exclude Evidence Contrary to the Admissions of Plaintiff that Establish No Breach of A Confidentiality Agreement [# 57] is DENIED WITHOUT PREJUDICE to raising the issue during trial;

3. Defendants' Motion in Limine to Exclude Evidence Contrary to the Admissions of Plaintiff that Establish No Trade Secret [# 58] is DENIED WITHOUT PREJUDICE to raising the issue during trial;

4. Defendants' Motion in Limine to Exclude Evidence of Outdoor Aluminum's

Certification and Bid Quote [# 59] is DENIED WITHOUT PREJUDICE to raising the issue during trial;

5. Defendants' Motion in Limine to Exclude Evidence Contrary to the Admissions of Plaintiff that Establish No Tortious Interference with an Advantageous Business Relationship Between Seating Solutions and Worcester Baseball [# 60] is DENIED WITHOUT PREJUDICE to raising the issue during trial; and

6. Defendants' Motion in Limine to Exclude Exhibit 6 of Theodore Tye's Deposition Pursuant to Rule 403 of the Federal Rules of Evidence [# 61] is DENIED WITHOUT PREJUDICE to raising the issue during trial.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro  
United States District Judge