UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RI, INC., d/b/a
SEATING SOLUTIONS
    Plaintiff,

V                                    CA 05-10365-JLT

GELLER SPORT, INC, ET AL
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

    The court having been advised on August 9, 2006 by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby DISMISSED.

                                            By the Court:

                                              /s/
                                          ZITA LOVETT,
8/9/2006                                  Deputy Clerk