CASE NO: (CIVIL) ~~(CRIMINAL)~~ CA 05-10365

TITLE: RI d/b/a Seating Solutions Geller Sport inc.,

JURY PANEL

(1. EDWARD KEAVENY #16            (7. DEBRA L. SEVINOR #29
(2. ESTEEVERED DJEDDAH #26        (8. KEVIN R. COUSINEAU #4
(3. THOMAS L. LIBBY #2            (9.
(4. MAY L. YUNG #15               (10.
(5. PATRICIA SANCHEZ #28          (11.
(6. ELLEN E. GOOD #21             (12.

_____          _____
     Alternate # 1                     Alternate # 2

_____          _____
     Alternate # 3                     Alternate # 4

(PLTFF) ~~(COURT)~~    W I T N E S S E S     DEFENDANT

1. SCOTT SULRINA 8/7/06; 8/9/06    1.
2.                                  2.
3.                                  3.
4.                                  4.
5.                                  5.
6.                                  6.
7.                                  7.
8.                                  8.
9.                                  9.
10.                                 10.
11.                                 11.
12.                                 12.
13.                                 13.
14.                                 14.